MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12-mj-70647 MAG |
|    Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| JAY SALVADOR HERNANDEZ, | |
|    Defendant. | |

     The Court has set January 31, 2013, as the date for a preliminary hearing or arraignment.

     The parties hereby stipulate to move the preliminary hearing or arraignment date to March 12, 2013, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161. This extension of time is necessary for the parties to explore possible pre-indictment resolution, to produce and to receive discovery, and for effective preparation of counsel.

     Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective

STIPULATION & [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG

1  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties
2  also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the
3  date of this Order through March 12, 2013.  The parties also agree that the ends of justice served
4  by granting such an exclusion of time outweigh the best interests of the public and the defendant
5  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7       SO STIPULATED:
                MELINDA HAAG
8                  United States Attorney

9
  DATED: January 29, 2013                /s/
10                 KEVIN J. BARRY
                Assistant United States Attorney

12 DATED: January 29, 2013                /s/
                HARRIS TABACK
13                 Attorney for JAY HERNANDEZ

20                 [PROPOSED] ORDER

21      For the reasons stated above, the Court sets March 12, 2013, as the date for the
22 arraignment or preliminary hearing.  The Court finds that extension of time limits applicable
23 under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through December
24 27, 2012, is warranted; that exclusion of this period from the time limits applicable under 18
25 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the
26 interests of the public and the defendant in the prompt disposition of this criminal case; and that
27 the failure to grant the requested exclusion of time would deny counsel for the defendant and for
28 the government the reasonable time necessary for effective preparation and continuity of

1 | counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
2 | justice. 18 U.S.C. §3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED: January 31, 2013

                                            _____
                                            THE HON. JACQUELINE SCOTT CORLEY
                                            United States Magistrate Judge